[*Counsel information listed after signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHAEL NGUYEN and NADER GEORGE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OKCOIN USA INC., and DOES 1-10.<br><br>Defendants. | Case No. 4:22-cv-06022-KAW<br><br>**JOINT STATUS REPORT** |

Plaintiffs Michael Nguyen and Nader George (collectively, "Plaintiffs") and defendants OKCoin USA Inc. ("Okcoin" or "Defendant"), through each of their attorneys of record, respectfully submit the following joint status report as directed by the Court's order of February 17, 2023 (Dkt. 21).

**Status of Proceedings**

Plaintiffs filed this proposed class action on September 9, 2022. On February 17, 2023, the Court granted Defendant's motion to compel arbitration, ruling that Plaintiffs' challenges to arbitrability had been delegated to the American Arbitration Association. (Dkt. 21 at 6.) The Court did not reach the issue of whether the arbitration agreement is enforceable. (*Id*. at 7.) The Court stayed the matter pending the Okcoin arbitration proceedings. (*Id.* at 8.)

On May 26, 2023, Plaintiffs filed individual demands for arbitration with the American Arbitration Association ("AAA") as to the issue of the enforceability of the Okcoin arbitration agreement. Despite inquiries from both sides to the AAA requesting case status updates, the parties

did not receive anything from AAA until July 13, 2023, at which point AAA sent letters directing Okcoin to submit its arbitration agreement to the AAA's Consumer Clause Registry and remit payment for its portions of the filing fees. Okcoin has paid the filing fees per AAA's request. The next letters from AAA were received on August 8, 2023 and August 10, 2023, when AAA sent case initiation documents to the parties and set Okcoin's deadline to file answers to the claims by August 22, 2023 (Nguyen) and August 24, 2023 (George).  AAA indicated that the next step will be arbitrator appointment.

Dated: August 17, 2023                                    ERICKSON KRAMER OSBORNE LLP


By:  */s/ Julie C. Erickson*
    Julie C. Erickson
    Elizabeth A. Kramer
    Kevin M. Osborne

Attorneys for Plaintiffs


Dated: August 17, 2023                                    VENABLE LLP


By:  */s/ Jean-Paul P. Cart*
    Jean-Paul P. Cart

Attorneys for Defendant
OKCOIN USA INC.

Counsel Information:

Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin M. Osborne, State Bar No. 261367 (kevin@eko.law)
**Erickson Kramer Osborne LLP**
44 Tehama Street
San Francisco, CA 94105
Telephone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs*

**VENABLE LLP**
Steven E. Swaney (SBN 221437)
seswaney@venable.com
Jean-Paul P. Cart (SBN 267516)
jpcart@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: 415.653.3750
Facsimile: 415.653.3755

*Attorneys for Defendant OKCoin USA Inc.*

**E-FILING ATTESTATION**

I, Julie C. Erickson, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


By: */s/ Julie C. Erickson*
Julie C. Erickson