1    [*Counsel information listed after signature page*]

2

3

4                    **UNITED STATES DISTRICT COURT**

5                  **NORTHERN DISTRICT OF CALIFORNIA**

6                          **OAKLAND DIVISION**

7    MICHAEL NGUYEN and NADER GEORGE,          Case No. 4:22-cv-06022-KAW
     individually and on behalf of others similarly
8    situated,                                 **JOINT STATUS REPORT**

9                    Plaintiffs,

10         v.

11   OKCOIN USA INC., and DOES 1-10.

12                   Defendants.

13

14

15         Plaintiffs Michael Nguyen and Nader George (collectively, "Plaintiffs") and Defendant

16   OKCoin USA Inc. ("Okcoin" or "Defendant"), through each of their attorneys of record,

17   respectfully submit the following joint status report as directed by the Court's order of September

18   5, 2023 (Dkt. 24).

19         **Status of Proceedings**

20         AAA has appointed arbitrators in the Nguyen and George matters, and the proceedings are

21   underway. There are no additional significant updates to report at this time.

22

23    Dated: March 4, 2024                     ERICKSON KRAMER OSBORNE LLP

24                                             By: */s/ Elizabeth A. Kramer*
                                                  Julie C. Erickson
25                                                Elizabeth A. Kramer
                                                  Kevin M. Osborne
26                                                Attorneys for Plaintiffs

27

28

1

Dated: March 4, 2024

VENABLE LLP

2

By: */s/ Jean-Paul P. Cart*

3

Jean-Paul P. Cart
Attorneys for Defendant

4

OKCOIN USA INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Counsel Information:

2    Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
     Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
3    Kevin M. Osborne, State Bar No. 261367 (kevin@eko.law)

4    **Erickson Kramer Osborne LLP**
     44 Tehama Street
5    San Francisco, CA 94105
     Telephone: 415-635-0631
6    Fax: 415-599-8088

7    *Attorneys for Plaintiffs*

8
     **VENABLE LLP**
9    Steven E. Swaney (SBN 221437)
     seswaney@venable.com
10   Jean-Paul P. Cart (SBN 267516)
     jpcart@venable.com
11   101 California Street, Suite 3800
     San Francisco, CA 94111
12   Telephone: 415.653.3750
     Facsimile: 415.653.3755
13

14   *Attorneys for Defendant OKCoin USA Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**JOINT STATUS REPORT**                    - 3 -                    **CASE NO. 4:22-CV-06022-KAW**

1

## E-FILING ATTESTATION

2      I, Elizabeth A. Kramer, am the ECF User whose ID and password are being used to file

3   this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the

4   signatories identified above has concurred in this filing.

5

6                                                       By: */s/ Elizabeth A. Kramer*
                                                            Elizabeth A. Kramer
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28