Julie C. Erickson, State Bar No. 293111 (julie@eko.law)
Elizabeth A. Kramer, State Bar No. 293129 (elizabeth@eko.law)
Kevin M. Osborne, State Bar No. 261367 (kevin@eko.law)
**Erickson Kramer Osborne LLP**
44 Tehama Street
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NGUYEN and NADER GEORGE, individually and on behalf of other similarly situated individuals, | Case No.: 4:22-cv-06022-KAW |
| Plaintiffs, | NOTICE OF DISMISSAL |
| vs. | |
| OKCOIN USA INC., and DOES 1-10, | |
| Defendants. | |

NOTICE OF DISMISSAL                                        CASE NO. 4:22-CV-06022-KAW

1

On February 17, 2023, the Court stayed this litigation pending the resolution of arbitration of the individual claims of Plaintiffs Nader George and Michael Nguyen.  ECF 21. Those arbitrations have concluded. Plaintiffs Nader George and Michael Nguyen, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss this action in its entirety with prejudice, with each party to bear their own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. *See* Judge Virginia A. Phillips, et al., Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23)

Dated this May 3, 2024                          ERICKSON KRAMER OSBORNE LLP

                                                /s/ *Elizabeth A. Kramer*
                                                 Julie C. Erickson
                                                 Elizabeth A. Kramer
                                                 Kevin M. Osborne

                                                *Attorneys for Michael Nguyen*
                                                *and Nader George*

NOTICE OF DISMISSAL                                          CASE NO. 4:22-CV-06022-KAW